IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| MALIBU MEDIA, LLC, | : | |
| | : | |
| Plaintiff, | : | |
| v. | : | Civil Action No. 2:13-cv-02094-JES-JAG |
| | : | |
| JOHN DOE, subscriber assigned IP address 98.212.131.134, | : | |
| | : | |
| Defendants. | : | |

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL
WITHOUT PREJUDICE OF JOHN DOE**

**PLEASE TAKE NOTICE,** Plaintiff hereby voluntarily dismisses John Doe, subscriber assigned IP address 98.212.131.134 ("Defendant") from this action <u>without prejudice</u>. Defendant was assigned the IP Address 98.212.131.134.  Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i) Defendant John Doe has neither answered Plaintiff's Complaint nor filed a motion for summary judgment.

Consistent herewith Plaintiff consents to the Court having its case closed for administrative purposes.

Dated:  May 30, 2013

Respectfully submitted,

By: ____/s/ *Mary K. Schulz*_____
Mary K. Schulz
Schulz Law, P.C.
1144 E. State Street, Suite A260
Geneva, IL 60134

                                                                                                     Phone: 224-535-9510
                                                                                                     Email: SchulzLaw@me.com
                                                                                                        *Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

      I hereby certify that on May 30, 2013, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

                                                                                    By: /s/ *Mary K. Schulz*
                                                                                    Mary K. Schulz